UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA ISAYEVA, | No. 2:13-cv-2015 KJM KJN P |
| Plaintiff, | |
| v. | ORDER SETTING SETTLEMENT CONFERENCE |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff, proceeding through counsel, brings this civil rights action under 42 U.S.C. §1983. The court has determined, and both parties agree, that this case will benefit from a settlement conference. The court therefore schedules a settlement conference for July 11, 2018, as detailed below.

IT IS HEREBY ORDERED that:

1. This case is SET for a settlement conference before Magistrate Judge Kendall J. Newman. The conference will occur on July 11, 2018 at 9:00 a.m. in Courtroom #25, at the U. S. District Court, 501 I Street, Sacramento, California 95814.
2. By June 1, 2018, all parties shall file either a signed "Waiver of Disqualification," included below, or notice of non-waiver of disqualification.
3. A representative with full and unlimited authority to negotiate and enter into a binding settlement on the defendants' behalf shall attend this settlement conference in person.

1

4. All settlement attendees must be prepared to discuss the claims, defenses and damages. If an attorney, party or authorized person subject to this order does not appear at the conference in person, the court may impose monetary sanctions and decline to reschedule the conference.

5. The parties are directed to exchange non-confidential settlement statements seven days before the settlement conference and to simultaneously email a copy to the court at kjnorders@caed.uscourts.gov. The settlement statement shall prominently display the date and time of the settlement conference. If desired, the parties may share with the court additional confidential information. *See* L.R. 270(d) and (e).

6. The Status Conference set for April 26, 2018 is VACATED and RESET for July 19, 2018 at 2:30 PM in Courtroom 3 before the undersigned, with an updated joint status report due seven days prior.

DATED: April 11, 2018.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA ISAYEVA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>　　　　Defendants. | No. 2:13-cv-2015 KJM KJN P<br><br><br>WAIVER OF DISQUALIFICATION |

Under Local Rule 270(b) of the Eastern District of California, the parties to the herein action affirmatively request that Magistrate Judge Kendall J. Newman participate in the settlement conference scheduled for July 11, 2018. To the extent the parties consent to trial of the case before the assigned Magistrate Judge, they waive any claim of disqualification to the assigned Magistrate Judge trying the case thereafter.

By: _____
　　Attorney for Plaintiff

Dated:_____


By: _____
　　Attorney for Defendants

Dated:_____